# MINUTE ENTRY FOR ARRAIGNMENT PROCEEDING

| | |
|---|---|
| **MAGISTRATE JUDGE:** Cheryl Pollak | **DATE:** 12/2/2025 |
| **CLERK:** D. Wright | |
| **DOCKET #**: 25 CR 346(KAM) | **LOG TIME:** 11:14-11:47am |
| **DEFENDANTS NAME:** Luis Leandro Ortiz Ribera | |

| **x** Present | ___ Not Present | ___ Custody | **x** Bail |
|---|---|---|---|

**DEFENSE COUNSEL**: Elizabeth Geddes

| ___ Court Appointed | ___ Federal Defender | ___ CJA | **x** Retained |
|---|---|---|---|

**A.U.S.A:** Eric Silverberg and Sean Sherman

| **INTERPRETER:** Sean McCarthy | **LANGUAGE:** Spanish |
|---|---|

Defendant arraigned on the: ___ Complaint ___ Indictment ___ Superseding Indictment ___ Probation Violation

| ___ Defendant pleads NOT GUILTY to ALL counts. | ___ Defendants first appearance. |
|---|---|
| ___ Government Agent Sworn | ___ Rule 5f warnings given to the govt. |
| ___ DETENTION HEARING Held. | ___ BAIL HEARING Held. |

___ Bond set at $

**Defendant:** ___ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

**_3_** Surety/ies sworn by telephone, advised of bond obligations by the Court and granted the court permission to signed the bond on their behalf.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted.

| ___ Order scheduling a Detention Hearing entered. | ___ Bail Hearing set for _____ |
|---|---|
| ___ Preliminary Hearing set for | ___ Preliminary Hearing waived by defendant |

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate Judge or to the District Court Judge to whom the case will be assigned.

| ___ Order of Excludable Delay/Speedy Trial entered. | Start Date: | End Date: |
|---|---|---|

| **Removal District:** | **Removal District Case Number:** |
|---|---|
| ___ Removal (Rule 5) Proceeding held. | |
| ___ Identity hearing held | **Court:** ___ Orders removal ___ Denies Removal |
| ___ Defendant waives Identity hearing | ___ Defendant waives Preliminary hearing |

___ No bail application presented to the court. Commitment to the District entered.
___ Medical memo issued.
___ Defendant failed to appear; bench warrant issued.
___ Status conference set for **_/_/202_** @ **pm** before District Judge:

**Other Rulings:**