

January 14, 2026

**By ECF**
The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room S905
Brooklyn, Nwe 11201

    Re:    <u>United States v. Emmanuel Clase De La Cruz and Luis Leon Ortiz Ribera</u>
             Case No. 25-CR-346 (KAM)

Dear Judge Matsumoto:

    I write on behalf of defendant Luis Leon Ortiz Ribera to respectfully request an extension of time to file pre-trial motions and motions *in limine*. As established by this Court's Pre-Trial Scheduling Order, the due dates for Mr. Ortiz's pre-trial motions and motions *in limine* are January 20, 2026, and February 24, 2026, respectively. ECF No. 53 at ¶ 2. Mr. Ortiz requests that both deadlines be extended to March 20, 2026. This is Mr. Ortiz's first request for an extension of time or modification to the scheduling order.

    The sheer volume of discovery produced by the Government warrants additional time. To date, Mr. Ortiz has received "over 2 terabytes of data," ECF No. 62 at 2, in five separate productions, which include nearly 20,000 pages of records and more than ten (10) Cellebrite cellular telephone extractions, related reports, and data. As recently as Tuesday, January 13, 2026, the Government indicated that it has provided a 2-terabyte hard drive to the defense teams (which are currently in transit via FedEx) and will continue to produce discovery on an ongoing basis. Much of the discovery material will require translation from Spanish to English before it can be analyzed by the defense, or from English to Spanish so that it may be reviewed by Mr. Ortiz. This arduous process will take time and significant effort and resources. There are also multiple discovery disputes currently before the Court, including disagreements regarding disclosure of *Brady* material without which the defendants cannot fully assess what additional motions must be filed to properly defend our clients' respective interests.

    Mr. Ortiz has already filed a Motion for a Bill of Particulars, ECF No. 59, and a Joint Motion to Compel, ECF No. 58, and anticipates filing, *inter alia*, Motions to Suppress the fruits of searches of two phones seized from Mr. Ortiz on the grounds that the affidavits in support of the warrants did not set forth probable cause and recklessly omitted material exculpatory information, and that the Government failed to undertake a proper privilege review after it located

*United States v. Clase De La Cruz, et al.*
Case No. 25-CR-346 (KAM)
January 14, 2026
Page **2** of **2**

and then produced to Mr. Ortiz and to Mr. Clase privileged attorney-client communications. However, given the voluminous discovery provided by the Government and the Government's continued refusal to disclose certain discovery material to the defense (including material directly relevant to Mr. Ortiz's anticipated motions), Mr. Ortiz requires additional time to prepare these motions, as well as others, and would be severely prejudiced if he were required to file motions by the dates previously set by the Court.

While Mr. Ortiz anticipates that the requested extension will be sufficient, compliance with even a revised March 20 deadline may be complicated by the Government's continued refusal to disclose discovery material to the defense, the cumbersome review of terabytes upon terabytes of data in a foreign language, and other complexities in preparing a defense in this matter.

The Government advised on January 14, 2026, that it would consent to extend both deadlines to March 2 but not March 20. Counsel for defendant Emmanuel Clase De Law Cruz consents to the proposed extension of March 20.

                                                 Respectfully submitted,

                                                 Paul M. Flannery
                                                 Chris N. Georgalis
                                                 Flannery Georgalis LLC
                                                 paul@flannerygeorgalis.com
                                                 chris@flannerygeorgalis.com

                                                 Elizabeth Geddes
                                                 Corva Law LLP
                                                 liz@corvalaw.com

cc: AUSA Sean Sherman (by ECF)
     AUSA Eric Silverberg (by ECF)
     Counsel for Mr. Clase (by ECF)