

U.S. Department of Justice

United States Attorney
Eastern District of New York

EWS/SMS/SME  
F. #2025R00435

271 Cadman Plaza East  
Brooklyn, New York 11201

February 17, 2026

<u>By ECF & E-mail</u>

The Honorable Kiyo A. Matsumoto  
United States District Judge  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

    Re: <u>United States v. Emmanuel Clase de la Cruz et al.</u>  
      <u>Criminal Docket No. 25-CR-346 (S-1) (KAM)</u>

Dear Judge Matsumoto:

    The government writes in accordance with the Court's Minute Order, dated February 13, 2026, to provide the government's position on defendant Luis Leandro Ortiz Ribera's motion to continue the trial beyond May 4, 2026, <u>see</u> ECF No. 79, and the joint motion to continue the arraignment, <u>see</u> ECF No. 83. As to whether the trial should be continued, either for the reasons provided by Ortiz or as a result of the addition of Robinson Vasquez Germosen as a co-defendant in the superseding indictment, the government defers to the Court. However, as set forth in the government's opposition to Ortiz's motion to sever, to be filed later today, the government respectfully submits that Ortiz should be tried jointly with his co-defendants Emmanuel Clase de la Cruz and Vasquez.[1] Should the Court continue the trial date, the government respectfully requests that the full pre-trial scheduling order be revised accordingly.

    The government is available to appear for an arraignment on the superseding indictment on February 18, 2026. While the government does not oppose re-scheduling the arraignment to a different date to accommodate counsels' schedule, <u>see</u> ECF No. 83, the

---

  [1] The fourth defendant—currently under seal—resides overseas, is not in custody, and has not yet made an appearance in this case. Accordingly, the government does not believe that the trial should be continued until that defendant has appeared.

government believes that the parties should appear before March 6, 2026, given the pending motions and the need to finalize a trial date.

                                                        Respectfully submitted,

                                                        JOSEPH NOCELLA, JR.
                                                        United States Attorney

By:             /s/
                    Eric Silverberg
                    Sean M. Sherman
                    Sarah M. Evans
                    Assistant U.S. Attorneys
                    (718) 254-7000

Enclosure

cc:      Clerk of Court (by ECF & E-mail)
         Counsel of Record (by ECF & E-mail)