

**DINSMORE & SHOHL LLP**
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202
www.dinsmore.com • Legal Counsel

J. Riley Able
(513) 832-5369 (direct) · (513) 977-8141 (fax)
riley.able@dinsmore.com

April 15, 2026

**BY ECF**

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
255 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Emmanuel Clase de la Cruz
     Criminal Case No. 25-346 (S-1) (KAM)

Dear Judge Matsumoto:

In the Court's April 2, 2026 Order setting a briefing schedule on Defendant Emmanuel Clase de la Cruz's Motion to Quash, the Court directed the government to file its response by Tuesday, April 14, 2026. The Court did not indicate a date for Mr. Clase's reply brief. The government served its response last night via email at 11:30 PM. In accordance with Local Crim. R. 49.1(a)(2), counsel for Mr. Clase respectfully request seven (7) days to file a reply.

      Respectfully submitted,

      /s/ *J. Riley Able*
      J. Riley Able (*pro hac vice*)
      Lindsay K. Gerdes (NY Bar No. 4581690)
      Michael Ferrara (*pro hac vice*)
      Michael Bronson (*pro hac vice*)
      Dinsmore & Shohl LLP
      255 East Fifth Street, Suite 1900
      Cincinnati, OH 45202
      Phone: (513) 977-8200
      riley.able@dinsmore.com

      ***Counsel for Emmanuel Clase***

cc: Clerk of the Court (KAM) (by ECF)
   Counsel of Record (by ECF)