

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EWS/SMS/SME
F. #2025R00435

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 28, 2026

<u>By ECF & E-mail</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Emmanuel Clase de la Cruz, et al.
>       <u>Criminal Docket No. 25-346 (S-1) (KAM)</u>

Dear Judge Matsumoto:

The government respectfully submits this letter motion to request a one-week extension of time to file its responses to the defendants' pretrial motions, with a corresponding one-week modification to the deadline for the defendants to file their replies. On May 22, 2026, the defendants filed seven pretrial motions. <u>See</u> ECF Nos. 142, 143, 145, 146, 158, 149, 150. The deadline for the government to respond to those motions is June 5, 2026. Given the volume of motions, the government respectfully requests one additional week to file its responses. The defendants consent to this request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   _____/s/_____
Eric Silverberg
Sean M. Sherman
Sarah M. Evans
Assistant U.S. Attorneys
(718) 254-6365 / 6262 / 6490

cc:   Clerk of Court (KAM) (by ECF and E-Mail)
      Counsel of Record (by ECF and E-Mail)