

June 5, 2026

<u>**Via CM/ECF**</u>

The Honorable Kiyo A. Matsumoto
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room S905
Brooklyn, New York 11201

> Re: <u>*United States v. Emmanuel Clase De La Cruz, et al.*</u>
> *Case No. 25-CR-346 (KAM) (EDNY)*

Dear Judge Matsumoto:

On behalf of Defendants Luis Leon Ortiz Ribera, Emmanuel Clase de la Cruz, and Robinson Vasquez Germosen, we respectfully write in connection with the Court's May 1, 2026, Order directing the parties to submit "a short statement identifying the anticipated scope of their motions in limine" so that the Court can determine whether to modify the briefing schedule. *See* May 1, 2026, Notation Order. The parties' motions *in limine* are currently due on September 11, 2026. *See* ECF No. 114. In negotiating with the government a proposed schedule for the Pretrial Scheduling Order, we expressly contemplated that the parties' deadline to file motions *in limine* would be after the deadlines for the parties' disclosures of its exhibit list and experts (August 24, 2026). Because we have not yet received disclosures of exhibits the government intends to introduce at trial or notices of expert witnesses the government intends to call at trial, and the defendants' pretrial motions have not been fully briefed and decided, we lack an understanding of the precise motions *in limine* we intend to file in this matter.[1] With that caveat, we intend to move *in limine* to preclude the introduction of exhibits that are not probative of the charged crimes and for which any probative value is outweighed by the risk of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence. Similarly, we may file motions *in limine* related to any experts noticed by the government, in addition to motions to exclude coconspirators' statements.

---

[1] Disposition of Mr. Ortiz's pending Motion for Severance (ECF No. 76) and Mr. Clase's pending Motion for Severance (ECF No. 98) will affect the scope of Defendants' motions *in limine*.

CLEVELAND
Keith Building
1621 Euclid Avenue
Floor 20
Ohio 44115
216.367.2120

CHARLESTON, WV
CHARLOTTE, NC
COLUMBUS, OH
DETROIT, MI
JACKSONVILLE, FL

MARTINSBURG, WV
MORGANTOWN, WV
PITTSBURGH, PA
YOUNGSTOWN, OH

*flannerygeorgalis.com*

On further consideration, we also think it would be prudent to have the government's Jencks Act and *Giglio* disclosures <u>prior</u> to the deadline for the parties' motions *in limine*. Accordingly, we respectfully request that the Court modify the motions *in limine* deadline to a date after the deadline for the government's disclosures of *Giglio* and Jencks material (September 15, 2026). Alternatively, we renew our request that the Court require the government to disclose the *Giglio* and Jencks material on or before August 24, 2026, so that we can file applicable motions *in limine* related to anticipated witness testimony. If the parties had those disclosures, we anticipate that we would move *in limine* to preclude the introduction of certain testimony that is not probative of the charged crimes and for which any probative value is outweighed by the risk of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.

Respectfully submitted,

Chris N. Georgalis
Paul M. Flannery
Flannery Georgalis LLC
(216) 466-0169

Elizabeth Geddes
Corva Law LLP
*Counsel for Luis Leon Ortiz Ribera*

Michael Ferrara
Lindsay K. Gerdes
Michael Bronson
Riley Able
Dinsmore & Shohl LLP
*Counsel for Emmanuel Clase*

Todd Andrew Spodek
Spodek Law Group, P.C.
*Counsel for Robinson Vasquez Germosen*

cc: AUSAs Sherman, Silverberg, and Evans (by ECF)