

July 2, 2026

**Filed By CM/ECF**
The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room S905
Brooklyn, Nwe 11201

> Re:   _United States v. Emmanuel Clase De La Cruz and Luis Leon Ortiz Ribera_
> _Case No. 25-CR-346 (KAM)_

Dear Judge Matsumoto:

Counsel for Defendant Luis Leon Ortiz Ribera respectfully moves this Court for an Order permitting attorney Maximillian F. Nogay to withdraw as co-counsel of record for Defendant Luis Leon Ortiz Ribera. Attorney Nogay left the law firm of Flannery Georgalis LLC, effective June 30, 2026, and will no longer serve as co-counsel for Mr. Ortiz. Mr. Ortiz will continue to be represented by Paul M. Flannery and Christos N. Georgalis of Flannery Georgalis LLC and Elizabeth Geddes of Corva Law LLP. Counsel asserts that Attorney Nogay's withdrawal from this matter will therefore not prejudice the rights of any party nor delay these proceedings. Therefore, counsel respectfully moves this Court for an Order granting this motion and permitting the withdrawal of Maximillian F. Nogay as co-counsel in this matter.

> Respectfully submitted,
>
> Chris N. Georgalis
> Paul M. Flannery
> chris@flannerygeorgalis.com
> paul@flannerygeorgalis.com
>
> Elizabeth Geddes
> liz@corvalaw.com

cc:   AUSAs Sherman, Silverberg, and Evans (by ECF)
Counsel for Mr. Clase (by ECF)
Counsel for Mr. Vasquez (by ECF)

CLEVELAND
Keith Building
1621 Euclid Avenue
Floor 20
Ohio 44115
216.367.2120

CHARLESTON, WV
CHARLOTTE, NC
COLUMBUS, OH
DETROIT, MI

MARTINSBURG, WV
MORGANTOWN, WV
PITTSBURGH, PA

_flannerygeorgalis.com_