# Exhibit 3

# (Submitted Under Seal)