FTB:EWS/SMS/RMU/JS
F. #2025R00435

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

No. 25-CR-346 (S-1) (KAM)

ROBINSON VASQUEZ GERMOSEN,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

COUNT FIVE
(False Statements)

As to defendant ROBINSON VASQUEZ GERMOSEN:

GUILTY: __________ NOT GUILTY: __________

Dated: ______________________________, 2026

Foreperson: ________________________________

CONCLUSION

The government respectfully requests that the Court use the foregoing verdict sheet. In addition, the government requests the opportunity to amend this verdict sheet as appropriate.

Dated: Brooklyn, New York
October 9, 2026

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Eric Silverberg
Sean M. Sherman
Rebecca Urquiola
James R. Simmons
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (KAM) (by ECF)
Defense counsel (by ECF and email)