CORVA
LAW 110 West 40th Street, Suite 1003 · New York, N.Y. 10018 · (646) 974-1143 · www.corvalaw.com

October 9, 2026

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Emmanuel Clase de la Cruz, et al.
Criminal Docket No. 25-346 (S-1) (KAM)

Dear Judge Matsumoto:

On behalf of defendants Luis Leandro Ortiz Ribera, Emmanuel Clase de la Cruz and Robinson Vasquez Germosen, we respectfully submit this letter pursuant to the Court's Order, dated October 5, 2026, directing the parties to submit proposed jury instructions. We have reviewed the government's proposed instructions, and object to the government's proposed instructions on the four charged offenses: (i) wire fraud conspiracy (Count One); (ii) honest services wire fraud conspiracy (Count Two); (iii) sports bribery conspiracy (Count Three); and (iv) the concealment element of the money laundering conspiracy charge (Count Four). We also object to the government's proposed instructions on accomplice testimony and venue. Finally, because there is no evidence to support a conscious avoidance instruction, we submit that the Court should not give such an instruction to the jury. For each of our objections, we have prepared proposed instructions for the Court's consideration. We respectfully ask for leave to supplement or amend these instructions as the evidence at trial and the Court's rulings require.

Respectfully submitted,

*Elizabeth Geddes*

Elizabeth Geddes
Corva Law LLP
110 West 40th Street, Suite 1003
New York, New York 10018
liz@corvalaw.com

Paul Flannery
Christos N. Georgalis
Flannery Georgalis, LLC
1621 Euclid Avenue, Floor 20
Cleveland, Ohio 44115

*Attorneys for Defendant Luis Leandro Ortiz Ribera*

Michael Ferrara
Michael Bronson
Lindsay Gerdes
Riley Able
Dinsmore & Shohl
191 West Nationwide Blvd, Suite 200
Columbus, Ohio 43215

*Attorneys for Defendant Emmanuel Clase de la Cruz*

Todd Spodek
Spodek Law Group P.C.
233 Broadway
New York, NY 10007

*Attorney for Defendant Robinson Vasquez Germosen*